IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALECKO O+G LLC, <br><br> Plaintiff, <br><br> v. <br><br> CLAYTON WILSON, PETER WILSON, CHRISTOPHER LEIKER, MICHAEL HOPSON, SATCHELL CREEK PETROLEUM, LLC, and HAVANA ROOM CIGARS, L.L.C., and HR LIQUORS, L.L.C. (collectively, d/b/a THE CLAYTON) <br><br> Defendants. | Case No. 1:25-cv-12734 <br><br> Honorable John Robert Blakey |

**NOTICE OF DEFENDANTS CLAYTON WILSON AND PETER WILSON'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that on **Wednesday, January 7, 2025 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Robert Blakey, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203 at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the party's **Motion to Dismiss** the claims brought by plaintiff ALECKO O+G with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons explained in Clayton Wilson and Peter Wilson's Memorandum of Law, each of ALECKO O+G's claims fail to state a claim upon which relief can be granted and should be dismissed without leave to amend. A briefing schedule has not been set by this Court.

Dated: December 17, 2025                                    Respectfully submitted,

                                              By:    /s/ Steven Grimes
                                                     Steven Grimes
                                                     Jeffrey J. Huelskamp
                                                     **WINSTON & STRAWN LLP**
                                                     300 N. LaSalle Drive
                                                     Chicago, Illinois 60654
                                                     Tel.: (312) 558-5600
                                                     Fax: (312) 558-5700
                                                     Email: sgrimes@winston.com
                                                     Email: jhuelskamp@winston.com

                                                     *Attorneys for Defendants Clayton Wilson and Peter Wilson*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2025, I electronically filed the foregoing **Notice of Defendants Clayton Wilson and Peter Wilson's Motion to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                          */s/ Steven Grimes*
                                          Steven Grimes

                                          *Attorney for Defendants Clayton Wilson and Peter Wilson*