UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Alecko O+G LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:25-CV-12734 |
| v. | ) |
| | ) Hon. John Robert Blakey |
| Clayton Wilson, et. al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS HR LIQUORS, L.L.C. AND HAVANA ROOM CIGARS, L.L.C.'S
RULE 12 (b)(6) MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons stated in their concurrently-filed Memorandum of Law, Defendants HR Liquors, L.L.C. and Havana Room Cigars, L.L.C. (collectively "The Clayton") move to dismiss Count V (negligent supervision) and Count VI (aiding and abetting fraud), of Plaintiff Alecko O+G LLC's ("Plaintiff") Amended Complaint (Dkt. 43). Counts V and VI are the only counts asserted against The Clayton.

**WHEREFORE**, for the reasons set forth in The Clayton's Memorandum of Law, Defendants HR Liquors, L.L.C. and Havana Room Cigars, L.L.C. request that the Court grant its Motion to Dismiss in its entirety and enter judgment in their favor as to Counts V and VI of Plaintiff's Complaint, and grant any other relief the Court deems proper and just.

Dated: February 18, 2026

Respectfully submitted,

By: /s/ *John F. Zabriskie*
      John F. Zabriskie

Jeanne M. Gills (Attorney No. 6225018)
John F. Zabriskie (Attorney No. 6187887)
Elysia A. Lampert (Attorney No. 6339265)
**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 3000
Chicago, IL 60654-4762
Tel: 312-832-4500
Fax: 312-832-4700
Email: jmgills@foley.com
       jzabriskie@foley.com
       elampert@foley.com

*Attorneys for Defendants HR Liquors, L.L.C. and Havana Room Cigars, L.L.C.*